1  DAYLE ELIESON
   United States Attorney
2  District of Nevada
   KELLY PEARSON
3  Trial Attorney
   U.S. Department of Justice
4  Organized Crime and Gang Section
   501 Las Vegas Blvd. South, Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  Kelly.Pearson@usdoj.gov

7  *Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America**, | Case No. 2:12-cr-0004-APG-GWF |
| Plaintiff, | |
| v. | **Motion and Proposed Order for Limited Unsealing of Extradition Packet** |
| **Zolotarev**, *et al.* | |
| Defendants. | |

The United States of America, by and through its attorneys, DAYLE ELIESON Acting United States Attorney, and KELLY PEARSON, Trial Attorney, moves for entry of the proposed Order unsealing the Affidavit in Support of Request for Extradition of Roy Ayad in the above-captioned matter for the limited purposes of disseminating the Extradition Packet, to include both the Agent and Attorney affidavits and corresponding exhibits, to foreign and domestic law enforcement and

other government authorities in connection with requests to other countries for the arrest and removal of the defendants to the United States.

In support of its motion, the Government states:

1. On or about January 12, 2012, a federal grand jury sitting in the District of Nevada returned an Indictment charging 39 defendants with 62 counts to include (Count One) Racketeering, in violation of Title 18, United States Code, Section 1962(c), (Count Two) Racketeering Conspiracy, in violation of Title 18, United States Code, Section 1962(d); amongst other criminal charges.

2. The government is seeking the apprehension and removal to the United States of: Roy Ayad, a.k.a. Rabie Ayad, and "Patistota", who is believed to be located outside the United States.

3. In April 24, 2018, the Court sealed the Affidavit in Support of Request for Extradition of Roy Ayad, after it was sworn before this Court. The Affidavit included an Agent and Attorney affidavit, along with corresponding exhibits.

4. The process of seeking arrest and removal of defendants located in other countries necessarily involves disclosure of the extradition documents and arrest warrants to domestic and foreign authorities, for example, the U.S. Department of Justice, Office of International Affairs and the U.S. Department of State, as well as various Ministries of Foreign Affairs.

*- The rest of this page left intentionally blank. -*

5. The United States, accordingly, moves this Court to unseal the Ayad Extradition Packet for the limited purposes of disseminating the Extradition Packet to foreign and domestic law enforcement and other government authorities in connection with request for extradition.

6. Accordingly, the Government respectfully requests entry of the attached proposed Order.

**DATED** this 25th day of April, 2018.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

/ s / Kelly Pearson
_____
KELLY PEARSON
Trial Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

**United States of America**,

    Plaintiff,

v.

**Zolotarev**, *et al.*

    Defendants.

Case No. 2:12-cr-0004-APG-GWF

**Order on Limited Unsealing of Extradition Packet**

Upon consideration and review of the Government's Motion for Limited Unsealing of the Extradition Packet:

IT IS HEREBY ORDERED that the Government's motion is granted and that the Affidavit in Support of Request for Extradition of Roy Ayad is unsealed for the limited purposes of disseminating the Extradition Packet to foreign and domestic law enforcement and other government authorities in connection with the apprehension of defendant Ayad.

**DATED** this 25th day of April, 2018.

By the Court:

*/s/ George Foley Jr.*

United States Magistrate Judge